

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-15-00014-CV

_____

WILLIAM H. SCURLOCK, Appellant

V.

JOHN M. HUBBARD, Appellee

On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 14C1653-102

Before Moseley, Burgess, and Carter,* JJ.
Memorandum Opinion by Justice Burgess

_____

*Jack Carter, Justice, Retired, Sitting by Assignment

# MEMORANDUM OPINION

The parties, through counsel, have signed and filed an agreement under Rule 42.1(a)(2)(C) of the Texas Rules of Appellate Procedure advising the Court that they have reached a full and final settlement of their controversy and seeking abatement of the appeal to the trial court for purposes of effectuating their settlement agreement.  *See* TEX. R. APP. P. 42.1(a)(2)(C).

In accordance with Rule 42.1(a)(2)(C) and the parties' agreement, we abate this matter to the trial court and authorize the trial court to conduct those proceedings necessary to effectuate the parties' settlement agreement.  *See* TEX. R. APP. P. 42.1(a)(2)(C).


Ralph K. Burgess
Justice

Date Submitted:     May 19, 2015
Date Decided:       May 20, 2015